UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>FAUSTO ROMERO-SOLIS,<br><br>           Defendant. | No. 5:15-mj-00020-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

DATE: 3/18/2015                                                             /s/ Jennifer L. Thurston
                                                                                      U.S. Magistrate Judge